UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LACHANTE NICOLE MOBLEY,

    Petitioner,                                CASE NO. 2:05-74707
                                                HONORABLE PAUL D. BORMAN
v.                                        UNITED STATES DISTRICT JUDGE

CLARICE STOVALL,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Paul D. Borman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on <u>March 12, 2007.</u>

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this <u>  4th  </u>, day of February, 2008.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT
                                                        BY: <u>s/Denise Goodine</u>
                                                        DEPUTY CLERK